UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CRAMER,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF AUBURN,<br><br>        Defendants. | No.  2:15-cv-0462 KJM AC (PS)<br><br><br>ORDER |

      Plaintiff moves to amend his complaint.  ECF No. 8.  Plaintiff may amend his complaint once as a matter of course before a responsive pleading is filed.  Fed. R. Civ. P. 15(a)(1)(B).  No responsive pleading having been filed, plaintiff's motion will be granted.

      Plaintiff also moves for an extension of time for service of process.  It is not clear from the motion how much time plaintiff needs, as the motion indicates that service is expected to be completed by August 13, 2015, even though the motion was filed on August 28, 2015.  The court will order service to be completed no later than 30 days from the date of this order, and plaintiff can clarify his motion if he was requesting more time.

      Accordingly, IT IS HEREBY ORDERED that:

    1. The motion to amend (ECF No. 8) is GRANTED.  The operative complaint is ECF No. 8-1.

    2. The motions for an extension of time (ECF Nos. 7 & 9) are GRANTED.  Plaintiff shall

1

complete service of process no later than 30 days from the date of this order.

3. The Initial Status Conference, currently scheduled for October 7, 2015, is CONTINUED to November 4, 2015, at 10:10 a.m.

DATED: August 28, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2