UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CRAMER,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF AUBURN, et al.,<br><br>   Defendants. | No.  2:15-cv-0462 KJM AC (PS)<br><br><br><br>ORDER |

This matter is scheduled for a hearing on defendants' Motion To Dismiss.  ECF No. 12. However, plaintiff, proceeding pro se, has failed to respond to the motion within the time allotted under the Local Rules of this court.  See E.D. Cal. R. 230(c).

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than October 7, 2015 at 4:30 p.m., why this action should not be dismissed for lack of prosecution; and

2.  The hearing currently scheduled for October 7, 2015 is VACATED.

DATED: October 1, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE